UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                          No. 21CR371-LTS

MICHAEL BESTWINA (2),

               Defendant.

-------------------------------------------------------------X

**ORDER**

      Jason E. Foy, Esq., is relieved as CJA counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsel, Richard D, Collins and Marc C. Gann, Esq.

      SO ORDERED.

Dated: New York, New York
       June 24, 2021

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge