UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

   -v-                                                                No. 21CR371-LTS

MICHAEL BESTWINA (2),

                 Defendant(s).
-------------------------------------------------------------X

**ORDER**

The sentencing scheduled for April 21, 2022, is rescheduled to **June 8, 2022 at 11:00 a.m.** in Courtroom 17C.

Dated: New York, New York
         April 12, 2022

                                                                           /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    United States District Judge