UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-

                                     No.  21-CR-371-LTS

MICHAEL BESTWINA


          Defendant.

---------------------------------------------------------x

<u>ORDER</u>

The sentencing hearing in this case is scheduled to proceed on **July 19, 2022, 2:30 p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.


      SO ORDERED.

Dated: New York, New York            _/s/ Laura Taylor Swain_____
     July 14, 2022                   LAURA TAYLOR SWAIN
                                 Chief United States District Judge