

RICHARD D. COLLINS+
MARC C. GANN*
GERARD C. McCLOSKEY
DAVID J. BARRY

+Also member PA, MA, TX and D.C. Bars
*Also member MD Bar

Of Counsel
ALAN H. FELDSTEIN^
Tel: (818) 508-1820

ANSANELLI LAW GROUP, LLP
Tel: (631) 598-0337

SHANNON M. MONTGOMERY ^^
Tel: (281)798-8778

^Member CA Bar only
^^Member CA and FL Bar only

April 19, 2024

**VIA ECF**

The Honorable Laura T. Swain
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

The foregoing request is granted. Pretrial services is respectfully directed to return Mr. Bestwina's passport. This resolves docket entry no. 101. SO ORDERED.

Re: **United States v. Michael Bestwina**
**Docket No.: 21-CR-00371 (LTS)**

Dated: 04/19/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.

Dear Chief Judge Swain:

    I am the attorney of record for Michael Bestwina who was sentenced by Your Honor to probation on July 19, 2022. He has been completely compliant with the conditions of probation including community service hours since that time. At the time of Mr. Bestwina's arrest, he was required to surrender his passport to Pretrial Services. Pretrial Services in the EDNY Islip continues to hold his passport and has indicated that they need a court order to permit it's return to Mr. Bestwina. I have spoken with Mr. Bestwina's probation officer, Lisa Famularo, who has no objection to the return of the passport to Mr. Bestwina so long as he doesn't travel without permission. Mr. Bestwina certainly understands that travelling without permission would result in a violation of probation. I have also spoken with AUSA Jacob Gutwillig who also consents to the passport return as probation has.

    Therefore, Defendant Michael Bestwina hereby requests that the Court grant the return of his passport and so order Pretrial Services to return it.

Very truly yours,

Marc C. Gann

MCG:yn

cc: Lisa_famularo@nyep.uscourts.gov

138 MINEOLA BOULEVARD • MINEOLA, NY 11501
TEL: (516) 294-0300  FAX: (516) 294-0477  EMAIL: info@cgmbesq.com  WEB: www.cgmbesq.com